# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fernando Gastelum,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HPTWN Corporation,<br><br>　　　　Defendant. | No. CV-18-0210-PHX-DKD<br><br><br>**ORDER** |

Pursuant to the parties' Stipulation of Dismissal (Doc. 29), and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation of Dismissal (Doc. 29).

**IT IS FURTHER ORDERED** dismissing this matter with prejudice, each party to bear its own costs and attorney's fees.

Dated this 14th day of May, 2018.

_____
David K. Duncan
United States Magistrate Judge